FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

2014 MAY 16  AM 10: 56

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SAMANTHA SCHACHER, | : |
| Plaintiff | : |
| | : Case No. |
| V. | : |
| | : 8:14CV1176T23TGW |
| JOHNNY MANZIEL, | : |
| TEXAS A & M UNIVERSITY, | : |
| Defendants | : |

## MOTION FOR PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER, TRO, SEXUAL HARASSMENT LAWSUIT

   I am filing a Restraining Order against Johnny Manziel, who was the Quarterback for Texas A & M University Football Team. Defendant Manziel has been sexually harassing me since Valentine's Day, 2013, calling me non-stop on my Samsung Phone and sending me naked selfies of himself showing me his penis. This is clearly sexual harassment. I seek $25,000,000.00 in Punitive damages for Emotional Distress.

   ON Christmas Eve, 2013, Johnny Manziel sent me a Instagram photo of himself naked to me Facebook with Manziel putting a hotdog bun between his penis, smiling, calling me "Ho, Ho, Ho", then called me up and told me he wanted a threesome with Dr. Drew. During last year's Nathan Hotdog Eating Contest, Defendant Manziel sent me a naked photo of him with a ruler next to his erect penis that measured 4½ inches, while holding up a sign "You know you want me, Samantha." That is disgusting and Manziel humiliated me. Defendant keeps asking me to strip for him at his boy, Lebron James' crip in Miami. Johnny Manziel also told me he does steroids and lifts weights, and if another man ever talks to me, he would beat them up and get away with it because he's famous. Affluence can buy you freedom. Manziel called me up drunk Halloween of 2013 and confessed to me he cheated on his College exams. Manziel told me if I don't want him because his penis is small, when he gets drafted by the NFL he will get a penis enlargement and he'll be my Long John Silvers. Manziel would Skype me before Texas A & M Football games in 2013, smoking marijuana in college locker rooms. Johnny Manziel told me Texas A & M provides him with lavish gifts circumventing NCAA rules, where he said if I will be his girlfriend, he will buy me Victoria Secret Lingerie and Adam & Eve sex toys with secret money Kevin Sumlin provides him. Johnny Manziel told me he wants me to be his linda Lovelace on Deep THroat. Johnny Manziel refers to his penis as his Vienna Sausage and told me good things come from small packages. Johny Manziel said he Skyes with Judereon Clowney in South Carolina, and Clowney sent Manziel a Pic of his penis which was 9 inches, and Manziel showed it to me on Skype and asked me if I could handle that monster. I asked Manziel to stop calling me, but he won't stop. I have nightmares of Manziel; he needs Sex Therapy. Seeing Manziel with his small penis caused me psychological emotional distress. I had to see a Psychologist because I have nightmares of Manziel's penis. I feel he is showing other girls

N.P

against their consent his package. Manziel keeps prank calling me with some 1990's song 'Don't Want No Short Man, Eenie, Weenie Little Shrivel Short, Short Man' which is disgusting. Manziel told me he embraces the fact that he has a small penis and Manziel said to me on the phone he watched kinky fetish small penis porn on Redtube after Texas A & M Football games. I don't want to hear his crap, Juvenile behavior. Manziel told me he wouldn't mind showing with Jason Collins I have all the photos, videos, Skypes of Manziel with his penis obsession to submit to this court as evidence. Manziel sent me a homemade video of himself at Walt Disney World on "It's a Small World" ride in the Magic Kingdom, and while the song is on, he puts the camera down unbuttons his pants, pulls his penis out and jingles his penis to the music. ESPN owns Disney and ESPN promotes Manziel, knowing he did this in "It's a Small World."

I am scared to death and seek $25,000,000.00 in damages and a Restraining Order.

Respectfully,

May 2, 2014

Samantha Schacher
190 Marietta St. N.W.
Atlanta, GA 30303

Samantha Schauer
190 Marietta St. N.W.
Atlanta, GA 30303



U.S. District Court
Middle District of Florida
Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave.
Tampa, FL 33602

33602386030

